BRIAN L. BOYLE, ESQ.
PMB 218
228 E. Plaza Street #B
Eagle, ID 83616
Telephone (208) 569-1673
Fax (208) 361-8185
ISB # 6233

Attorney for Defendants Vince Covino, Kimberly Covino and Equity Partners, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No. 08-00802-TLM |
| AARON K. HYMAS AND TIFFANY K. HYMAS | Adversary No. 10-06073-TLM |
| Debtors | |
| RICHARD E. CRAWFORTH<br>Plaintiff, | |
| v. | |
| AARON M. HYMAS and TIFFANY K. HYMAS, husband and wife, VINCE COVINO and KIMBERLY COVINO, husband and wife, and EQUITY BENEFITS, LLC | |
| Defendants | |

### ANSWER TO COMPLAINT

Comes the Defendants Vince Covino, Kimberly Covino and Equity Benefits, LLC, by and through their Attorney set forth above, and for their answer to the Complaint filed herein against them state as follows:

1- DEFENDANTS' ANSWER

1. Defendants specifically deny the allegations contained in paragraphs 7, 8, 9, 13, 14, and 15.

2. Defendants specifically admit the allegations contained in paragraph 1, 2, 3, 4, 5, 6, 10, 11 and 12 of the Complaint filed here against them.

3. Defendants deny generally and specifically each and every allegation in the complaint not herein specifically admitted. To the extent that any particular allegation of plaintiff's complaint is neither specifically admitted nor specifically denied, said allegation or allegations shall be deemed denied.

4. Defendant specifically pleads the following affirmative defenses:

## AFFIRMATIVE DEFENSES

5. In lieu of satisfying the note set forth and described in the complaint, Aaron Hymas accepted a forty-nine percent (49%) interest in Equity Benefits, LLC instead of cash payment ("Equity Interest"). The Equity Interest was duly and legally transferred to Aaron Hymas the value of which satisfied the note by agreement between the parties.

WHEREFORE, defendants pray the judgment, order, and decree of this court as follows:

1. That plaintiff's complaint be dismissed with prejudice and plaintiff takes nothing thereby.

2. For judgment against plaintiff for costs and disbursements incurred herein.

3. For judgment against plaintiff for attorney fees as set by this court pursuant to statute and court rule.

4. For such other and further relief as the court deems just and proper under the circumstances.

2-    DEFENDANTS' ANSWER

By: *[signature]*

Brian L. Boyle, Esq.
Attorney for Vince Covino, Kimberly Covino
And Equity Benefits, LLC

3-    DEFENDANTS' ANSWER

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th of October, 2010, the within and foregoing Answer to Complaint was electronically filed with the United States Bankruptcy Court using the CM/ECF filing system, and upon such filing the following parties in interest were served electronically as more fully reflected on the Notice of Electronic Filing, to-wit:

- Richard E. Crawforth   TRUSTEE@RICHARDCRAWFORTH.COM
- Jed W. Manwaring   jmanwaring@evanskeane.com, jgeier@evanskeane.com
- Brent T. Robinson   btr@idlawfirm.com, cb@idlawfirm.com
- Brian L. Boyle   brianboylelaw@gmail.com

I further certify that on such date a true and correct copy of the within and foregoing document was served upon the following by depositing the same in the United States mail with the first-class postage prepaid, enclosed in envelopes addressed to said parties in interest at their respective addresses, to wit:

Vince and Kimberly Covino
13965 W. Chinden Blvd Ste 109
Boise, ID 83713

Equity Benefits, LLC
13965 W. Chinden Blvd Ste 109
Boise, ID 83713

Mr. and Mrs. Aaron Hymas
2411 North Sevenoaks Place
Eagle, ID 83616-6800

Brian L. Boyle, Esq.